5 F.3d 1488
 Boyer (Frank R., M.D., Nancy H., M.D.)
v.
Lehigh Valley Hospital Center, Kibelstis (John), Belmont
(Donald), Geller (Michael), Gordon (Charles), Morrow
(Robert), Gaylor (Donald), Silverberg (Bruce), Shane (John),
White (Headley), Wolson (Alan), Allentown Hospital, Inc.,
Lippmann (Darryl), Frailey (William), Dimick (Dean), Kisner
(Richard), Fiesta (Janine), Scagliotti (Charles),
Confidential Peer Review, Ltd., Grais (Ira Martin), Zeihen
(Michael), Ziarko (Mitchell),
 NO. 92-1702
 United States Court of Appeals,
Third Circuit.
 July 12, 1993
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.